**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BILL NELSON FOR U.S. SENATE,

Plaintiff,

v.  Case No.: 4:18-CV-00535-MW-CAS

KEN DETZNER, in his official capacity as
Florida Secretary of State,

Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff Bill Nelson for U.S. Senate dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 16, 2018

                                                Respectfully submitted,

                                                /s/_____.
                                                RONALD G. MEYER
                                                Florida Bar No. 0148248
                                                Email: rmeyer@meyerbrookslaw.com
                                                JENNIFER S. BLOHM
                                                Florida Bar No. 0106290
                                                Email: jblohm@meyerbrookslaw.com
                                                Meyer, Brooks, Demma and Blohm, P.A.
                                                131 North Gadsden Street
                                                Post Office Box 1547
                                                Tallahassee, FL 32302-1547
                                                Telephone: (850) 878-5212
                                                Facsimile: (850) 656-6750

Marc E. Elias
Email: MElias@perkinscoie.com
Uzoma N. Nkwonta*
Email: UNkwonta@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I mailed the foregoing documents and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None

/s/
RONALD G. MEYER

2