IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BILL NELSON FOR U. S. SENATE,

      Plaintiffs,

v.                         Case No. 4:18cv535-MW/CAS

KEN DETZNER, in his official
capacity as Florida Secretary
of State, et al.,

      Defendants.
_____/

## ORDER GRANTING EMERGENCY MOTION TO INTERVENE

This Court has considered, without hearing, The National Republican Senatorial Committee's Emergency Motion to Intervene. ECF No. 3. The motion is **GRANTED.**

**SO ORDERED** on November 16, 2018.

                                  s/ MARK E. WALKER
                                  Chief United States District Judge