IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BILL NELSON FOR U.S. SENATE,**

    **Plaintiff,**

v.                                     Case No. 4:18cv535-MW/CAS

**KEN DETZNER, in his official capacity
as Florida Secretary of State, et al.,**

    **Defendants.**

_____/

## ORDER CLOSING THE FILE

Plaintiff has filed its Notice of Voluntary Dismissal Without Prejudice. ECF No. 4. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, the Clerk must close the file.

**SO ORDERED on November 16, 2018.**

                                        **s/ MARK E. WALKER
Chief United States District Judge**